**Order entered December 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00760-CR

**CHRISTOPHER DAMON HARRELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 068720**

## ORDER

Before the Court is appellant's December 20, 2019 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief due by January 6, 2020. Counsel is reminded that he may access the appellate record via the attorney portal.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE